UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV20-06486-JAK (PJWx) | Date | July 24, 2020 |
|---|---|---|---|
| Title | Ritual Coffee Roasters, Inc. v. SK Energy Americas, Inc. et al | | |

Present: The Honorable          JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE

| Cheryl Wynn | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**          **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE TRANSFERRED TO THE NORTHERN DISTRICT OF CALIFORNIA**

On July 21, 2020, Ritual Coffee Roasters, Inc. ("Plaintiff") brought this action against SK Energy Americas, Inc., SK Trading International Co., Ltd., Vitol Inc., David Niemann and Brad Lucas ("Defendants"). Dkt. 1. The Complaint advances the following claims: (i) violation of the Sherman Act and Clayton Act, 15 U.S.C. §§ 1, 26; (ii) violation of the Cartwright Act, Cal. Bus. & Prof. Code § 16720; (iii) violation of California's Unfair Competition Law ("UCL"), Cal. Bus. & Prof. Code §§ 17200, et seq.; and (iv) common-law unjust enrichment.

At this time, more than 20 putative class actions, which are substantially similar to this one, have been consolidated in the Northern District of California. *In re California Gasoline Spot Market Antitrust Litigation*, No. 3:20-cv-03131-JSC. One of those cases was filed in this District, and was then transferred to the Northern District pursuant to an order issued here. Order Transferring Action to the Northern District of California, *Carpe Carma, LLC v. SK Energy Ams., Inc.*, No. 2:20-cv-04312-JAK (PJWx) (C.D. Cal. June 12, 2020).

In light of the foregoing, the parties are **ORDERED TO SHOW CAUSE** why this action should not be transferred to the Northern District. The parties shall respond to this Order to Show Cause, or file notices of non-opposition to the transfer, on or before August 7, 2020.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer          cw